IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNY GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3299 |
| | § | |
| U.S. LOGISTICS, INC. *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Counsel for defendant has filed a motion for a protective order and to quash, (Docket Entry No. 18). The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. A premotion conference to address the subject matter of the motion is set for **March 24, 2014, at 4:00 p.m.**

SIGNED on March 18, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge