IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNY GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3299 |
| | § | |
| U.S. LOGISTICS, INC. *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion of today's date, summary judgment is granted for the defendants. The plaintiff's claim is dismissed with prejudice.

This is a final judgment. The case is closed.

SIGNED on May 19, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge